IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBAL EQUITY LENDING ET AL.,<br><br>    Defendants.<br>_____ / | No. C 12-02882 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff filed this lawsuit in the Eastern District of California on May 23, 2012 (dkt. 1). The case was transferred to this Court on venue grounds on June 4, 2012 (dkt. 5), and Plaintiff was mailed notice of the transfer. The case came before the Court today for the initial case management conference as ordered by this Court on June 4, 2012 (dkt. 6). Plaintiff failed to appear. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) by **5:00 p.m. on Friday, September 21, 2012**. A hearing on this Order to

//
//
//
//
//

Show Cause shall be held on Friday, September 28, 2012, at 10:00 a.m. Failure to respond to this order may result in dismissal of Plaintiff's case.

**IT IS SO ORDERED.**

Dated: September 7, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE