IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL EQUITY LENDING ET AL.,<br><br>    Defendants._____/ | No. C 12-02882 CRB<br><br>**ORDER GRANTING LEAVE TO AMEND** |

Plaintiff has moved under Federal Rule of Civil Procedure 15 for leave to file an amended complaint. Dkt. 12. Defendants have not yet appeared in the case to file any motions or responsive pleadings. Under Federal Rule of Civil Procedure 15(a)(2), "[t]he court should freely give leave when justice so requires." Amendment should be granted when it will not cause the opposing party undue prejudice, is not sought in bad faith, and is not an exercise in futility. DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 186 (9th Cir. 1987). Finding no reason to deny amendment at this early stage of the litigation, the Court GRANTS Plaintiff's motion for leave to amend.

**IT IS SO ORDERED.**

Dated: October 1, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2882\order re leave to amend.wpd