IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL GONZALES,

    Plaintiff,

v.

GLOBAL EQUITY LENDING ET AL.,

    Defendants.

No. C 12-02882 CRB

**ORDER TO SHOW CAUSE**

This case came before the Court today for a case management conference as ordered by this Court on September 28, 2012. Plaintiff failed to appear. Accordingly, the Court ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) by **5:00 p.m. on Friday, November 30, 2012**. A hearing on this Order to Show Cause shall be held on Friday, December 7, 2012, at 10:00 a.m. Failure to respond to this Order may result in dismissal of Plaintiff's case.

    **IT IS SO ORDERED.**

Dated: November 16, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2882\OSC 2.wpd