IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL GONZALES,

    Plaintiff,

v.

GLOBAL EQUITY LENDING ET AL.,

    Defendants.

No. C 12-02882 CRB

**ORDER DISMISSING CASE**

Plaintiff Manuel Gonzales failed to appear at a case management conference, and so this Court ordered him to show cause by Friday, November 30, 2012, why his case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). See dkt. 21. Plaintiff failed to respond to the Court's Order, and today failed to appear at a hearing on that Order. Accordingly, the case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: December 7, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2882\order dismissing case.wpd