IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL GONZALES,

    Plaintiff,

  v.

GLOBAL EQUITY LENDING ET AL.,

    Defendants.

No. C 12-02882 CRB

**JUDGMENT**

    The Court, having dismissed this case with prejudice under Federal Rule of Civil Procedure 41(b), enters judgment in favor of Defendants against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 7, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2882\judgment.wpd