IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBAL EQUITY LENDING ET AL.,<br><br>    Defendants.                                    / | No. C 12-02882 CRB<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice under Federal Rule of Civil Procedure 41(b), enters judgment in favor of Defendants against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 7, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2882\judgment.wpd